

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-15-00416-CR

| | | |
|---|---|---|
| JOSHUA GOLLIDAY, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1379815D) |
| V. | § | April 25, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT ON REMAND

On remand from the court of criminal appeals, this court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
   Justice Lee Gabriel